IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY E. GURULE,

        Plaintiff,

vs.

                                                  No. 1:20-cv-01045-KWR-GBW

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

        Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND

**THIS MATTER** comes before the Court on Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). *Doc. 30*. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand under that sentence, this Court hereby **GRANTS** the Motion, **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the underlying social security application(s) to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993).

        IT IS SO ORDERED.

                                                  **KEA W. RIGGS**
                                                  **UNITED STATES DISTRICT JUDGE**