IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY E. GURULE,

      Plaintiff,

vs.

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

      Defendant.

No. 1:20-cv-01045-KWR-GBW

## FINAL ORDER

**PURSUANT** to the Order Granting Defendant's Unopposed Motion to Remand (Doc. 31) entered **October 13, 2021**, the Court enters this Final Order, under Fed. R. Civ. P. 58, **GRANTING** Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (*doc. 30*), **REVERSING** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings.

      **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**